## FRANK ROSA *v.* COMMISSIONER OF CORRECTION (AC 24620)

Foti, Schaller and Dranginis, Js.

Submitted on briefs June 7—officially released June 29, 2004

Per Curiam. The habeas court did not abuse its discretion in denying the petition for certification to appeal from the court's denial of the petition for a writ of habeas corpus.

The appeal is dismissed.

## EARL H. REID *v.* COMMISSIONER OF CORRECTION (AC 24967)

Foti, Schaller and Dranginis, Js.

Submitted on briefs June 7—officially released June 29, 2004

Per Curiam. The habeas court did not abuse its discretion in denying the petition for certification to appeal from the court's denial of the petition for a writ of habeas corpus.

The appeal is dismissed.